UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Lauren Frazier | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 19-12534MDC |

### ORDER

The Relief set forth is hereby **GRANTED.**

Upon the Praecipe of Lauren Frazier, as Debtor, it is:

**ORDERED** that Pursuant to 11 U.S.C. Section 1307(b) this case is

Dismissed and any Discharge that was granted is vacated.

All outstanding fees to the Court are due and owing and must be paid

within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in

interest of the entry of this Order.

Dated:  February 2, 2021

**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**